UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTISLA S. BEST,

                           Plaintiff,

          -against-                                    25-cv-1547 (LTS)

JUDGE VALERIE PELS;                                    CIVIL JUDGMENT
ADMINISTRATION FOR CHILDREN
SERVICES,

                           Defendants.

For the reasons stated in the February 24, 2026, order, this action is dismissed for lack of

subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 2, 2026
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge